# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR-19-0486 CRB 

ROBERT ROWEN and TERESA SU,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 371 – Conspiracy To Defraud the United States;
26 U.S.C. § 7201 – Tax Evasion

---

A true bill.

Foreman

Filed in open court this 26 day of Sept 2019

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION |
| ─── OFFENSE CHARGED ───<br>18 U.S.C. Section 371 - Conspiracy<br>26 U.S.C. Section 7201 - Evasion<br>☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☒ Felony<br>PENALTY: 18 U.S.C. Sect. 371- 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment;<br>26 U.S.C. Sect. 7201 - 3 years imprisonment; $250,000 fine, 1 year supervised release, $100 special assessment | ── DEFENDANT - U.S ──<br>▶ Robert Rowen<br>FILED<br>SEP 26 2019<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTH DISTRICT OF CALIFORNIA<br>UNDER SEAL  CRB<br>CR 19 0486<br>DISTRICT COURT NUMBER |

─── PROCEEDING ───
Name of Complaintant Agency, or Person (& Title, if any)
Internal Revenue Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David Anderson
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Cynthia Stier

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   } If "Yes" give date filed
DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───
PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount:
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:
7048 East Hurlbut, Sebastopol, CA 95472
Date/Time:          Before Judge:
Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |
|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION |

**OFFENSE CHARGED**

18 U.S.C. Section 371 - Conspiracy
26 U.S.C. Section 7201 - Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 18 U.S.C. Sect. 371 - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment;
26 U.S.C. Sect. 7201 - 3 years imprisonment; $250,000 fine, 1 year supervised release, $100 special assessment

DEFENDANT

▶ Teresa Su

UNDER SEAL  CRB
SEP 20 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT

CR 19-0486

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Internal Revenue Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form ___David Anderson___
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) ___Cynthia Stier___

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ ___
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution ___

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed ___

**DATE OF ARREST** ▶ Month/Day/Year ___
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year ___

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: ___

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
7048 East Hurlbut, Sebastopol, CA 95472

Date/Time: ___    Before Judge: ___

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

**UNDER SEAL**

FILED
SEP 26 2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19 0486 CRB |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 371 – Conspiracy To Defraud the United States; 26 U.S.C. § 7201 – Tax Evasion |
| v. | |
| ROBERT ROWEN and TERESA SU, | |
| Defendants. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

1. The Internal Revenue Service ("IRS") is an agency of the United States of America within the Department of the Treasury.

2. The Internal Revenue Code (Title 26 of the United States Code) contains the statutes and laws of the United States concerning, among other things, tax liability.

(a) "Federal income tax" refers to the tax due the United States under the Internal Revenue Code.

3. ROBERT ROWEN ("ROWEN") and TERESA SU ("SU") were husband and wife during all times relevant to this Indictment.

4. ROWEN and SU were medical doctors practicing alternative medicine at their medical

INDICTMENT

clinic in Santa Rosa, California, during all times relevant to this Indictment.

5. A.S. worked for ROWEN and SU at their medical clinic from approximately February 2006 until 2008, then as the medical clinic's off-site bookkeeper from 2012 until at least August 8, 2019.

6. Lotus Management, LLC was a business owned and operated by ROWEN during all times relevant to this Indictment.

7. Soundview Communications, Inc. was a company located in Georgia, during all times relevant to this Indictment.

8. R.M. worked at R.M. Trading, LLC, a gold coin and precious metals brokerage business located in Michigan, at all times relevant to this Indictment.

9. R.P. worked at Oxbridge Coins, a gold coin and precious metals business located in San Francisco, at all times relevant to this Indictment.

## The Conspiracy and Scheme to Evade

10. The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

11. ROWEN filed his 1992 through 1997 U.S. Individual Income Tax Returns [Forms 1040] with the IRS in 1998, self-reporting a tax liability for each tax year for a combined total of $179,042 in taxes due and owing.

12. ROWEN filed his 2003 through 2008 Forms 1040 with the IRS in 2010, self-reporting a tax liability for each tax year for a combined total of $53,284 in taxes due and owing.

13. With knowledge of ROWEN's delinquent federal income tax liabilities, ROWEN and/or SU attempted to evade payment thereof by concealing ROWEN's ability to pay, and by placing his assets out of the reach of the United States Government by; placing his assets in the names of nominees and/or an alter ego; concealing his revenue by depositing it into nominee bank accounts; using cash to transact his personal and professional business; converting his revenue to gold and silver coins; and providing false information to the IRS and to the Courts about his ownership interest in assets, revenue, and other property.

//
//

INDICTMENT

COUNT ONE: (18 U.S.C. § 371 – Conspiracy To Defraud the United States)

14. Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated as if fully set forth here.

15. From on or about January 3, 2007, and continuing to at least September 11, 2018, in the Northern District of California,

> ROBERT ROWEN, and
> TERESA SU,

defendants herein, did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and agree together and with each other and with other individuals both known and unknown to the Grand Jury to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service ("IRS") of the Treasury Department in the ascertainment, computation, assessment, and collection of the revenue: to wit, federal income taxes due and owing by ROBERT ROWEN to the United States.

## Overt Acts

16. From on or about January 3, 2007, to at least April 11, 2014, ROWEN and SU instructed patients at their medical clinic, either personally or through their staff, to make their checks for medical services payable to R.M. or J.P.

17. From on or about January 3, 2007, to at least October 23, 2013, ROWEN, either individually or through nominees, deposited patient checks into a BOA account in the name of R.M. to purchase gold and silver coins.

18. From on or about October 25, 2013, until at least April 11, 2014, ROWEN, either individually or through nominees, deposited patient checks into a BOA account in the name of J.P. to purchase gold and silver coins.

19. Between January 3, 2007 and April 11, 2014, ROWEN, both individually and through nominees and Lotus, converted over $3,900,000 of his revenue to gold and silver coins.

20. On or about November 29, 2010, ROWEN and SU submitted to the IRS amended joint U.S. Income Tax Returns for tax years 2003 through 2008, reporting a bogus casualty loss.

//

INDICTMENT

21. On or about November 13, 2012, ROWEN and SU filed a lawsuit against the United States of America in the U.S. District Court for the Northern District of California seeking to compel the IRS to file their amended joint U.S. Income Tax Returns for tax years 2003 through 2008.

22. On or about July 29, 2014, SU filed an action against the United States of America in the Superior Court of California, County of Sonoma, falsely representing that gold and silver coins seized by the IRS in March 2014 were her separate property.

23. On or about July 24, 2015, ROWEN falsely represented to the U.S. District Court for the Northern District of California, that gold and silver coins seized by the IRS in March 2014, was SU's separate property.

24. On or about March 20, 2014, and on or about April 16, 2014, ROWEN falsely represented to the IRS that gold coins seized by the IRS in March 2014, was SU's separate property.

25. In or about March 2014, SU contacted a patient of the medical clinic after the IRS seized that patient's check at the March 2014 civil seizure and requested the patient to stop payment on their check and issue a new one.

26. On or about December 21, 2015, SU filed a false 2014 Form 1040 reporting that gold and silver coins from the March 2014 IRS seizure was her separate property.

27. On or about the following dates, October 10, 2016, October 16, 2017, and September 13, 2018, ROWEN and SU filed U.S. Return of Partnership Income [Form 1065] for tax years 2015, 2016 and 2017, falsely reporting each partner's share of income, deductions, and credits.

28. Between October 1, 2012 and February 28, 2014, SU made cash payments to a personal credit card at Chase Bank.

29. Between November 26, 2012 to December 16, 2013, ROWEN made cash payments to a personal credit card at Chase Bank.

30. Between December 20, 2013 and November 10, 2014, ROWEN used cash to purchase cashier's checks to pay rent for the medical practice, his malpractice premium, an attorney, and other expenses.

31. On or about October 26, 2012, and January 25, 2013, ROWEN used cash to pay property taxes using a name other than his own.

INDICTMENT

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: (26 U.S.C. § 7201 – Tax Evasion)

32. Paragraphs 1 through 31 of this Indictment are re-alleged and incorporated as if fully set forth here.

33. From approximately September 19, 2005, and continuing to at least September 11, 2018, in the Northern District of California and elsewhere, the defendant,

ROBERT ROWEN,

a resident of Sebastopol, California, did willfully attempt to evade and defeat the payment of the tax liabilities due and owing by him to the United States of America, for the periods and in the amounts identified below:

| Period | Tax Form | Due Date of Return | Date Return Filed | Tax Due Reported on Tax Return Filed | Penalty Due on 3/20/14 | Interest Due on 3/20/14 |
|---|---|---|---|---|---|---|
| 1992 | 1040 | 4/15/93 | 6/22/98 | $ 30,835 | $ 14,644.08 | $ 114,942.22 |
| 1993 | 1040 | 4/15/94 | 6/29/98 | $ 27,120 | $ 48,789.80 | $ 276,391.79 |
| 1994 | 1040 | 4/17/95 | 6/29/98 | $ 33,116 | $ 50,804.30 | $ 177,831.10 |
| 1995 | 1040 | 4/15/96 | 6/29/98 | $ 25,112 | $ 59,459.30 | $ 254,340.60 |
| 1996 | 1040 | 4/15/97 | 5/18/98 | $ 29,744 | $ 38,727.96 | $ 170,732.96 |
| 1997 | 1040 | 4/15/98 | 7/6/98 | $ 33,115 | $ 10,318.75 | $ 54,102.96 |
| 2003 | 1040 | 4/15/04 | 9/13/10 | $ 19,749 | $ 9,890.31 | $ 11,132.99 |
| 2004 | 1040 | 4/15/05 | 9/20/10 | $ 15,068 | $ 7,589.10 | $ 7,255.98 |
| 2005 | 1040 | 4/17/06 | 9/27/10 | $ 5,688 | $ 2,929.95 | $ 2,087.70 |
| 2006 | 1040 | 4/17/07 | 10/4/10 | $ 5,765 | $ 2,780.58 | $ 1,462.66 |
| 2007 | 1040 | 4/15/08 | 7/23/10 | $ 4,902 | $ 1,813.74 | $ 692.15 |
| 2008 | 1040 | 4/15/09 | 9/6/10 | $ 2,112 | $ 561.72 | $ 127.32 |
| Total | | | | $ 232,326 | $248,309.59 | $1,071,100.43 |

by committing various affirmative acts of evasion, including:

- concealing and attempting to conceal from the IRS the nature and extent of assets available to him to pay his federal income tax liabilities set forth above;

- forming Lotus Management LLC ("Lotus") on or about November 27, 2006, to receive his revenue from Soundview;

INDICTMENT

- directing A.S. to open a business checking account for Lotus at Wells Fargo, deposit the Soundview checks, then use the proceeds to purchase gold and silver coins for him;
- instructing patients at his medical clinic, either personally or through the staff, to make their checks for medical services payable to R.M. or J.P., then cause the checks to be deposited in R.M. and J.P.'s bank accounts;
- filing a lawsuit on or about September 19, 2005, against the United States of America in the U.S. District Court for the Northern District of California for a declaratory judgment as to "whether or not the plaintiff is a taxpayer pursuant to, and/or under 26 U.S.C. § 7701(a)(14)";
- submitting to the IRS amended joint U.S. Income Tax Returns for tax years 2002 through 2008, reporting a bogus casualty loss;
- filing a lawsuit against the United States of America in the U.S. District Court for the Northern District of California on November 13, 2012, seeking to compel the IRS to file his amended joint U.S. Income Tax Returns for tax years 2003 through 2008.
- falsely representing to the U.S. District Court for the Northern District of California, the Superior Court for the State of California, and to the IRS that gold and silver coins seized by the IRS in March 2014, were SU's separate property;
- sending a letter to the IRS in April 2014, falsely stating he had no assets or source of income;
- filing U.S. Return of Partnership Income [Form 1065] for tax years 2015, 2016 and 2017, falsely reporting each partner's share of income, deductions, and credits;
- making cash payments to a personal credit card at Chase Bank between November 26, 2012 to December 16, 2013;
- using cash to purchase cashier's checks between December 20, 2013, and November 10, 2014, to pay rent for the medical practice, his malpractice premium, and an attorney;
- using cash to pay property taxes on or about October 26, 2012, and January 25, 2013;

All in violation of Title 26, United States Code, Section 7201.

COUNT TWO: (26 U.S.C. § 7201 – Tax Evasion)

34. Paragraphs 1 through 33 of this Indictment are re-alleged and incorporated as if fully set forth here.

INDICTMENT

1. • filing a fraudulent 2014 tax return reporting a "sale" of "Collectibles" sold on or about March 20, 2014 with a cost basis of $377,859, and a sales price of "806,139."

All in violation of Title 26, United States Code, Section 7201.

DATED: 26 Sept 2019

A TRUE BILL

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
CYNTHIA STIER
Assistant United States Attorney

INDICTMENT



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 26 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** UNDER SEAL
USA v. Robert Rowen and Teresa Su

**CASE NUMBER:** CR 19 0486 CRB

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No | |
| **Total Number of Defendants:** | 1 | 2-7 ✓ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** AUSA Cynthia Stier

**Date Submitted:** 8/26/2019

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

CR 19 486 CRB