Marc X. Carlos (CA SBN 132987)
**MARC CARLOS LAW, APC**
424 "F" Street, Suite 205
San Diego, CA 92101
Telephone: (619) 702-3226
Facsimile: (619) 702-5415
Attorney for Defendant Robert Rowen

Sandeep Singh (CSB 321995)
StoneBridge Counsel
1990 N. California Blvd., Suite 830
Walnut Creek, CA 94596
Ph: (925) 255-0121
Fax: (925) 322-6216
Attorney for Defendant TERESA SU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

#### (HONORABLE CHARLES R. BREYER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ROBERT ROWEN AND TERESA SU,<br><br>Defendant | Case No.: 19CR486-CRB<br><br>**JOINT STIPULATION TO MODIFY RELEASE CONDITIONS TO PERMIT TRAVEL FROM NOVEMBER 22 THROUGH NOVEMBER 28, 2020** |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, David L. Anderson, United States Attorney, Cynthia Stier, Assistant United States Attorney, and

defendants ROBERT ROWEN and TERESA SU, by and through their counsels, Marc X. Carlos, and Sandeep Singh that this Court may allow Mr. Robert Rowen and Mrs. Teresa Su to travel for the week of Thanksgiving from November 22 through November 28, 2020.  Travel will be by plane via Alaska Airlines.  Travel itinerary is as follows: November 22, 2020 travel to Coronado, CA to visit with Mr. Rowen's brother and severely ill sister-in-law.  Mr. Rowen and Mrs. Su will stay at Lowes Hotel Coronado, Coronado, CA 92118.  Monday, November 23rd through November 25th they will travel to Newport Beach and stay with Mr. Rowen's sister.  Mr. Rowen's sister is also their eye doctor who will be examining them for current eye issues.  On November 26 through November 27, 2020 they will travel to Valencia, CA to spend Thanksgiving with Mrs. Su's sister who is ill with cancer.  Mr. Rowen and Ms. Su will return to Santa Rosa on November 28, 2020.

Assistant United States Attorney Cynthia Stier and Pretrial Service Officer Bradley Wilson have been notified of this request and both parties have no opposition to this request.

///

///

///

///

JOINT STIPULATION TO MODIFY RELEASE CONDITIONS TO PERMIT TRAVEL FROM NOVEMBER 22 THROUGH NOVEMBER 28, 2020                    P A G E | 2

IT IS SO STIPULATED AND AGREED.

Date: 10/29/2020                    /s/Marc X. Carlos
                                    MARC X. CARLOS
                                    Attorney for ROBERT ROWEN

Date: 10/29/2020                    /s/Sandeep Singh
                                    SANDEEP SINGH
                                    Attorney for TERESA SU

Date: 10/29/2020                    /s/Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant U.S. Attorney

JOINT STIPULATION TO MODIFY RELEASE CONDITIONS TO PERMIT TRAVEL FROM NOVEMBER 22 THROUGH NOVEMBER 28, 2020          P A G E | 3