Sandeep Singh (CSB 321995)
StoneBridge Counsel
1990 N. California Blvd., Suite 830
Walnut Creek, CA 94596
Ph: (925) 255-0121
Fax: (925) 322-6216
sandeep@stonebridgecounsel.com
Attorney for Defendant TERESA SU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR486-CRB |
|---|---|
| Plaintiff, | |
| TERESA SU, | **JOINT STIPULATION TO MODIFY RELEASE CONDITIONS TO PERMIT TRAVEL FROM NOVEMBER 6 THROUGH NOVEMBER 8, 2020** |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, David L. Anderson, United States Attorney, Cynthia Stier, Assistant United States Attorney, and defendant DR. TERESA SU, by and through her counsel, Sandeep Singh, that this Court may allow Dr. Su to travel on Friday, November 6, 2020 through November 8, 2020 to Valencia, CA to be with her sister during her chemo.  Dr. Su will be staying at the Embassy Suites, 28508 Westinghouse Place, Valencia, CA and returning to Santa Rosa on November 8, 2020.

Assistant United States Attorney Cynthia Stier and Pretrial Service Officer Bradley Wilson have been notified of this request and both parties have no opposition to this request.

IT IS SO STIPULATED AND AGREED.

Date: 10/29/2020                         /s/Sandeep Singh
                                         SANDEEP SINGH
                                         Attorney for Defendant Dr. Teresa Su

Date: 10/29/2020                         /s/Cynthia Stier
                                         CYNTHIA STIER
                                         Assistant U.S. Attorney