# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

### (HONORABLE CHARLES R. BREYER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR486-CRB |
| Plaintiff, | |
| vs. | ORDER FOR MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL |
| ROBERT ROWEN and TERESA SU, | |
| Defendant | |

WITH GOOD CAUSE APPEARING, Defendants Motion to Modify Conditions of Release to Allow Travel to Coronado, CA, Newport Beach, CA and Valencia, CA from November 22, 2020 through November 28, 2020.  Mr. Rowen and Teresa Su would like to visit with family during Thanksgiving week.  Assistant United States Attorney Cynthia Stier and Pretrial Service Officer Bradley Wilson have no opposition to this request.

IT IS SO ORDERED

DATED:  October 30, 2020

_____
HONORABLE CHARLES R. BREYER
United States District Judge