MARC X. CARLOS, ESQ.
State Bar Number: 132987
**MARC CARLOS LAW, APC**
424 F Street, Suite 205
San Diego, CA 92101
Telephone: (619) 702-3226
Facsimile: (619) 702-5415

Attorney for Defendant
**ROBERT ROWEN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CHARLES R. BREYER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19CR486-CRB |
| Plaintiff, | **DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM** |
| vs. | |
| ROBERT ROWEN, | Date: January 26, 2022 |
| Defendant. | Time: 1:30 p.m. |

**TO: STEPHANIE HINDS, ACTING UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; YOOSUN KOH, ASSISTANT UNITED STATES ATTORNEY; AND CATHERYN GRIER, UNITED STATES PROBATION OFFICER:**

Defendant, ROBERT ROWEN, by and through his counsel, Marc X. Carlos, hereby files the following Defendant's Supplement to Sentencing Memorandum.

///

# I.
# INTRODUCTION

On January 19, 2022, Defendant ROBERT ROWEN (hereinafter referred to as Dr. ROWEN) filed a sentencing memorandum in the above referenced case. Dr. ROWEN neglected to include information relevant to sentencing. The information is provided to the court in this supplemental filing.

# II.
# SUPPLEMENTAL INFORMATION

1. Dr. ROWEN has been at the forefront of ozone therapy treatment for a number of years. He treats patients privately and pro bono. In 2014, Dr. ROWEN travelled to Sierra Leone on the African Continent to administer care to Ebola Virus patients. Dr. ROWEN administered ozone therapy to Ebola patients at great risk to his own safety. Dr. ROWEN authored and published a research paper based on his experiences in Africa (*Rapid Resolution of Hemorrhagic Fever (Ebola) in Sierra Leone With Ozone Therapy,* Rowen et.al., African Journal of Infectious Disease (2016), `0(1):49-54), a copy of the article is attached as Exhibit A). In addition, Dr. ROWEN has travelled to New Guinea to provide ozone therapy to residents free of charge.

///

2. In Dr. ROWEN's previously filed Sentencing Memorandum he stated he has been compliant with the IRS since 2019. Dr. ROWEN has, in fact, been compliant with all his tax obligations since 2014.

3. Letter of Support from Desmond Meridian (attached as Exhibit B)

Dated: January 20, 2022

Respectfully Submitted,

/s/ Marc X. Carlos
MARC X. CARLOS

Attorney for Defendant
Dr. Robert Rowen