# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:   January 26, 2022                    Judge:  Honorable Charles R. Breyer

Court Reporter: Belle Ball
Time: 1 Hour
Case No.: CR19-0486-1 CRB
Case Name:  USA v. Robert Rowen (Present)(NC)

Attorney(s) for Government: Yoosun Koh
Attorney(s) for Defendant(s): Marc Carlos and Sandeep Singh
Interpreter: N/A
Probation Officer: Catheryn Grier

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Sentencing hearing held by Zoom.  Due to the Covid19 pandemic, all parties consent to proceed by video conference. The Court sentenced the defendant to the Bureau of Prisons for a term of 18 months.  Defendant placed on supervised release for a term of 3 years under the standard and special conditions. Defendant shall pay a special assessment of $100.  Defendant shall pay restitution – amount to be determined by 2/4/2022. The defendant shall pay a $95,000 fine. Refer to Judgment for additional information.   Defendant shall self-surrender to the designated facility on or before September 1, 2022.