STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

YOOSUN KOH (NYBN 5245220)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Yoosun.Koh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT ROWEN,<br><br>    Defendant. | NO. CR 19-00486 CRB<br><br>MOTION TO DISMISS COUNT ONE OF THE SUPERSEDING INDICTMENT AND [PROPOSED] ORDER |

On September 26, 2019, a grand jury sitting in the Northern District of California returned a two-count indictment charging Defendant Robert Rowen and Teresa Su with Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371, (Count One), and charging Rowen with Tax Evasion, in violation of 26 U.S.C. § 7201 (Count Two). Dkt. 1. On January 16, 2020, the government obtained a superseding indictment charging Rowen and Su with Conspiracy to Defraud the United States (Count One) and Tax Evasion (Count Two). Dkt. 27.

On October 13, 2021, Rowen pleaded guilty to Count Two of the superseding indictment pursuant to a Rule 11(c)(1)(A) and 11(c)(1)(B) plea agreement. Dkt. 123 (Plea Agreement). He was sentenced by this Court on January 26, 2022.

MOTION TO DISMISS COUNT ONE OF
SUPERSEDING INDICTMENT AND [PROPOSED] ORDER
CR 19-00486 CRB

With leave of the Court and pursuant to the government's promises in the parties' plea agreement, the government moves to dismiss Count One of the captioned superseding indictment as to Rowen.

DATED: February 2, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
YOOSUN KOH
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Count One of the captioned superseding indictment as to Defendant Robert Rowen is dismissed.

IT IS SO ORDERED.

DATED: __February 3, 2022__

_____
HON. CHARLES R. BREYER
United States District Judge