FILED

AUG 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ROBERT J. ROWEN, <br><br> Defendant-Appellant. | No. 22-10072 <br><br> D.C. No. 3:19-cr-00486-CRB-1 <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: SCHROEDER, O'SCANNLAIN, and FORREST, Circuit Judges.

In response to the opening brief, the government filed a motion to dismiss, or in the alternative, for summary affirmance (Docket Entry No. 25). The motion for summary affirmance is granted because appellant's challenge to the voluntariness of his plea does not raise any questions warranting further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

Appellant's emergency motion (Docket Entry No. 31) "to stay surrender" until the conclusion of this appeal, and all other pending motions, are denied as moot.

**AFFIRMED.**